**Jesse Lowell SATTERFIELD,**
**Plaintiff—Appellant,**

**v.**

**WEST VIRGINIA DEPARTMENT OF**
**ENVIRONMENTAL PROTECTION,**
**Defendant—Appellee.**

No. 05–1205.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2005.

Decided: July 25, 2005.

Jesse Lowell Satterfield, Appellant pro se. Doren Burrell, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jesse Lowell Satterfield appeals the district court's order denying his motions for leave to amend the complaint and to alter or amend the judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Satterfield v. West Virginia Dep't of Environmental Protection,* No. CA–02–191–1 (N.D.W.Va. Jan. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*